UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GLADYS MENSING,<br><br>    Plaintiff,<br><br>v.<br><br>WYETH, INC. (d/b/a WYETH); SCHWARZ PHARMA, INC.; PLIVA, INC.; TEVA PHARMACEUTICALS, USA, Inc.; ALPHARMA, INC., d/b/a ALPHARMA PHARMACEUTICALS; UDL LABORATORIES, INC.; ACTAVIS ELIZABETH LLC; and PUREPAC PHARMACEUTICAL CO., and the following fictitious party defendants (whether singular or plural, individual or corporate): No. 1, that entity which originally obtained permission from the U.S. Food and Drug Administration to market the drug branded Reglan®; No. 2, that entity which obtained permission from the FDA to market the Reglan®, metoclopramide and/or metoclopramide HCl ingested by Gladys Mensing; No. 3, that entity which originally manufactured and sold any Reglan® which was ultimately ingested by Gladys Mensing; No. 4, that entity which originally manufactured and sold any Reglan®, metoclopramide and/or metoclopramide HCl which was ultimately ingested by Gladys Mensing; No. 5, that entity which marketed Reglan® or generic metoclopramide and/or metoclopramide HCl,<br><br>    Defendants. | Case No. 07-CV-3919 (DWF/SRN)<br><br>AFFIDAVIT OF PAUL MINICOZZI, Ph.D |

    I, Paul Minicozzi, Ph.D., first being duly sworn upon oath, depose and state the following:

1. I have been employed by Wyeth (formerly known as American Home Products Corporation) or one of its subsidiaries since 1990. I am presently the Senior Director, Scientific Affairs. During my tenure with Wyeth, I had various responsibilities for Reglan®. As such, I am knowledgeable about the subjects included within this affidavit. A copy of my curriculum vitae is attached as Exhibit A.

2. Through its subsidiaries, Wyeth (formerly known as American Home Products Corporation) manufactured and distributed Reglan® in three different forms: tablets, injectable and syrup.

3. From approximately 1989 through 2001, Wyeth manufactured and distributed Reglan® tablets. In late December 2001, Wyeth sold the rights to Reglan® tablets to Schwarz Pharma, Inc.

4. From approximately 1995 through 2001, Wyeth has also manufactured and distributed generic metoclopramide through subsidiaries, including ESI Lederle.

5. All forms of Reglan® and generic metoclopramide are available only through a physician's prescription.

FURTHER AFFIANT SAYETH NOT.

_____
Paul Minicozzi

STATE OF _Pennsylvania_ )
                        ) ss.
COUNTY OF _Montgomery_ )

The foregoing Affidavit was acknowledged before me this _11th_ day of _August_, 2008 by Paul Minicozzi. My commission expires: _Oct. 29, 2011_.

Witness my hand and official seal.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LINDA M. LETTS, Notary Public
Upper Providence Twp., Montgomery County
My Commission Expires October 29, 2011

3