# Paul Minicozzi, PhD
## Senior Director, Scientific Affairs

### CURRENT JOB RESPONSIBILITIES

2005 - Current           Wyeth Research           Collegeville, PA, USA
*SENIOR DIRECTOR, SCIENTIFIC AFFAIRS*

    For most Legacy Products, responsible for:
- Acting as Medical/Scientific Monitor
- Reviewing and approving all documents, Periodic Reports and literature concerning these products prepared by Global Safety Surveillance Division
- Scientific information and review of labeling (including Core Data Sheets and SmPC) updates for Caribbean affiliates
- Assisting Drug Information Division with responses to inquiries

    For all Wyeth Products, responsible for:
- Preparing appropriate health hazard evaluation as during product quality issues (potential recall) and acting as Medical Affairs delegate to the Product Quality Review Management Committee
- Directing all activities concerning product shortages including determining medical necessity, allocation of product and communication plan
- Providing input regarding medical/scientific appropriateness of educational grants and substitute Medical Affairs representative to Independent Education Grant Review Committee
- Acting as Medical Affairs representative on the Healthcare Systems Copy Clearance Committee (HCS-CCC) and responsible for accurate review of information and final approval
- Acting as Medical Affairs representative on the Wyeth Corporate Occupational Exposure Guidelines (OEG) Committee that sets limits on exposure of drug received by workers in the manufacture of our pharmaceuticals
- Deciding whether product is life saving/medically important when a product is being considered for discontinuation, whether such action will create health hazard and/or undue hardship to healthcare professionals and preparing appropriate report (Discontinuation Assessment).
- Providing Medical Affairs input to resolution of any questions pertaining to which package inserts and to what extent these should be placed in the PDR and its supplements
- Assisting other departments in coordinating efforts related to emergency preparedness
- Directing activities for the writing of policies or guidances pertaining to Scientific Affairs functions

## PROFESSIONAL EXPERIENCE

1992 to 2004                             Wyeth Pharmaceuticals            Collegeville, PA, USA
*DIRECTOR, SCIENTIFIC AFFAIRS*

For the more than 30 products in the Diversified Products/Generics portfolios, responsible for:
- Acting as Medical/Scientific Monitor
- Reviewing all initial documents and Periodic Reports prepared by Global Safety Surveillence Division and literature concerning these products to evaluate whether an adverse reaction occurred and/or a labeling change may be needed
- Assisting Drug Information Division with responses to inquiries
- Monitoring any Phase IV studies
- Overseeing Medical Affairs review and signoff on promotional materials

For all Wyeth Pharmaceutical products, responsible for:
- Directing medical Affairs involvement in presentations made for formulary acceptance where a Medical Science Liaison is not assigned
- Acting as expert witness for product claims
- Coordinating compassionate use program when needed
- Directing, coordinating and/or implementing special projects of a scientific nature related to the Medical Affairs Department
- Medical Affairs representation on Copy Clearance Committee for promotional and educational materials for diversified products
- Assisting Wyeth's Government Relations in coordinating efforts within the Medical, Marketing and Sales Departments regarding federal and state bills that affect company interests
- Providing scientific review of information from Business Development Department
- concerning the acquisition, development or licensing of a compound
- Coordinating indigent patient program when
- Acting as liaison with in-house attorneys and local counsel for the preparation of interrogatory responses and requests for admission, and their education about the pharmacology of pertinent drugs

1992                              Wyeth Pharmaceuticals            Radnor, PA, USA
*ASSOCIATE DIRECTOR, SCIENTIFIC AFFAIRS*

Responsible for:
- Completing special projects in the Medical Affairs Department involving interaction with Marketing, Institutional Sales, Legal and Government Relations Departments

- Providing initial review for promotional materials for injectables and Tubex system
- Assisting Drug Information personnel with responses for institutional product line

1990-1992                          Wyeth Pharmaceuticals            Radnor, PA, USA
*ASSOCIATE DIRECTOR, DRUG INFORMATION*

Responsible for:
- Providing drug information for Elkins-Sinn and selected Wyeth-Ayerst and A.H. Robins products
- Receiving adverse reaction reports
- Recommending and coordinating studies to be performed by the Research and Development Department in response to customer requests

- Preparing technical bulletins for distribution by the hospital sales force
- Review of all labeling for Elkins-Sinn products
- Training of hospital sales representatives regarding injectable products

1987-1990           Elkins-Sinn, Inc           Cherry Hill, NJ, USA
*ASSOCIATE DIRECTOR, PROFESSIONAL SERVICES*
Responsible for:
- Providing all drug information for more than 60 generic injectable products
- Resolving all product quality complaints
- Directing all adverse reaction reports received by company
- Acting as legal intermediary between A. H. Robins legal staff and Elkins-Sinn
- Coordinating any potential claims against Elkins-Sinn with the Claims Department
- at A. H. Robins
- Approving final labeling
- Training of sales representatives
- Acting as Recall Coordinator during the market withdrawal of product
- Writing and/or updating department SOP's

1986-1987           Elkins-Sinn, Inc           Cherry Hill, NJ, USA
*COORDINATOR, PROFESSIONAL SERVICES*
Responsible for:
- Answering customer and internal technical questions
- Answering customer product quality complaints
- Maintaining and updating complaint files and logs
- Advising management of any trends based upon product quality complaints
- Preparing technical bulletins for distribution to sales force and customers
- Researching literature relative to drug information for customers
- Reviewing advertising, scientific information, labeling and package insert revisions
- Monitoring adverse reaction reports and assisting Regulatory Affairs in formulating
- appropriate responses

## EDUCATION

1977–1983   TEMPLE UNIVERSITY SCHOOL OF PHARMACY           Philadelphia, Pa
   Ph.D. Degree/Pharmacology
   *Rho Chi*

1975–1977   PHILADELPHIA COLLEGE OF PHARMACY & SCIENCE     Philadelphia, Pa
   MSc/Pharmacology

1968–1973   PHILADELPHIA COLLEGE OF PHARMACY & SCIENCE     Philadelphia, Pa
   BSc/Pharmacy
   *Dean's List*

## PROFESSIONAL LICENCES

State of Pennsylvania – License to Practice Pharmacy

## PROFESSIONAL MEMBERSHIPS

None

## ADDITIONAL PROFESSIONAL ACTIVITIES

None

## AWARDS RECEIVED

None

## PERSONAL INFORMATION (ADDRESS, PHONE NUMBERS AND E-MAIL)

707 Mancill Road
Strafford, PA 19087
Home (610) 995-2555
e-mail minicozp@wyeth.com



Signature: _____


Date: _____