# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Gladys Mensing,<br><br>                Plaintiff,<br><br>v.<br><br>WYETH, INC. (d/b/a WYETH); PLIVA, INC.; TEVA PHARMACEUTICALS, USA, INC.; UDL LABORATORIES, INC.; ACTAVIS ELIZABETH, LLC, jointly and individually,<br><br>                Defendants. | **Court File No. 07-CV-3919 DWF/SRN**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF WYETH** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant Wyeth, through their respective attorneys of record, that Defendant Wyeth is dismissed with prejudice as Defendant to this action, without costs or disbursements to any party, and that the parties jointly petition the Court pursuant to this stipulation for an order directing that judgment of dismissal of Defendant Wyeth be entered accordingly.

Dated: April 29, 2011

GOLDENBERG & JOHNSON, PLLC

s/ Michael K. Johnson
Michael K. Johnson (#258696)
Lucia J.W. McLaren (#388088)
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Phone: (612) 333-4662

Dated: May 2, 2011

FAEGRE & BENSON LLP

s/ Bridget M. Ahmann
Bridget M. Ahmann (#016611X)
Erin M. Verneris (#0335174)
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402-3901
Phone: (612) 766-7000

Daniel J. McGlynn
McGlynn, Glisson & Mouton
P.O. Box 1909
Baton Rouge, LA 70801-1909
Phone: (225) 344-3555

*Attorneys for Gladys Mensing*

Dated: March 24, 2011

NILAN, JOHNSON & LEWIS

 s/ Dana K.Lenahan
Tracy J. Van Steenbergh (#141173)
Dana M. Lenahan (#0353759)
Nilan Johnson Lewis
400 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 305-7500


Joseph P. Thomas
Tiffany Reece Clark
Rex A. Littrell
Matthew V. Brammer
Ulmer & Berne
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (614) 229-0000

*Attorneys for Pliva, Inc.*

Kelly R. Kimbrough
Clark, Thomas & Winters, PA
300 West 6th Street, 15th Floor
Austin, TX 78701
Phone: (512) 472-8800

*Attorneys for Wyeth*

Dated: May 2, 2011

FELHABER. LARSON, FENLON &
VOGT, P.A.

 s/ David L. Hashmall
David L. Hashmall (#138162)
Felhaber, Larson, Fenlon & Vogt, P.A.
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4504
Phone: (612) 339-6321


Richard A. Oetheimer
Jonathan I. Price
Exchange Place
53 State Street
Boston, MA 02109
Phone: (617) 570-1000

*Attorneys for Teva Pharmaceuticals USA,
Inc. and UDL Laboratories, Inc.*


Dated: April 8, 2011

MEAGHER & GEER, PLLP


 s/ Bradley J. Lindeman
Bradley J. Lindeman (#0298116)
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402-3728
Phone: (612) 338-0661

                        Richard A. Dean
                        Henry E. Billingsley, II
                        Tucker, Ellis & West LLP
                        925 Euclid Avenue, Suite 1150
                        Cleveland, OH  44115-1414
                        Phone:  (216) 592-5000

*Attorneys for Actavis Elizabeth, LLC*