# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Gladys Mensing, | Civil No. 07-3919 (DWF/SRN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT WYETH ONLY** |
| WYETH, INC. (d/b/a WYETH); PLIVA, INC.; TEVA PHARMACEUTICALS, USA, INC.; UDL LABORATORIES, INC.; ACTAVIS ELIZABETH, LLC, jointly and individually, | |
| Defendants. | |

---

Daniel J. McGlynn, Esq., McGlynn Glisson & Mouton; Lucia J. W. McLaren, Esq., and Michael K. Johnson, Esq., Goldenberg & Johnson, PLLC, counsel for Plaintiff.

Bridget M. Ahmann, Esq., and Erin M. Verneris, Esq., Faegre & Benson LLP; Jeffrey R. Pilkington, Esq., Davis, Graham & Stubbs, LLP; Kelly R. Kimbrough, Esq., Bowman & Brooke, counsel for Defendant Wyeth Inc.

David L. Hashmall, Esq., and Donald G. Heeman, Esq., Felhaber Larson Fenlon & Vogt, PA; and Jonathan I. Price, Esq., Richard A. Oetheimer, Esq., Goodwin Procter, LLP; and Bridget M. Ahmann, Esq., Faegre & Benson LLP, counsel for Defendants Teva Pharmaceuticals USA, Inc., and UDL Laboratories, Inc.

Bradley J. Lindeman, Esq., and Michael D. Hutchens, Esq., Meagher & Geer, PLLP; Richard A. Dean, Esq., and Henry E. Billingsley, II, Esq., Tucker Ellis & West; and Bridget M. Ahmann, Esq., Faegre & Benson LLP, counsel for Defendant Actavis Elizabeth, LLC.

Andrew J. Calica, Esq., and Henninger S. Bullock, Esq., Mayer Brown LLP; and Bridget M. Ahmann, Esq., and Erin M. Verneris, Esq., Faegre & Benson LLP, counsel for Defendant Schwarz Pharma, Inc.

Erin M. Verneris, Esq., Faegre & Benson LLP, counsel for Defendant Schwarz Pharma, Inc.

---

This matter came before this Court upon the Stipulation for Dismissal With Prejudice of Wyeth filed by the parties on May 2, 2011 (Doc. No. [197]).

**IT IS HEREBY ORDERED** that Defendant Wyeth is **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.


Dated:  May 3, 2011          s/Donovan W. Frank
                             DONOVAN W. FRANK
                             United States District Judge